**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1479

GLEN K. LACONEY,

Plaintiff - Appellant,

v.

LEON LOTT, in his individual and official capacity as Sheriff of Richland County, State of South Carolina; ALAN MCCRORY WILSON, in his individual and official capacity as South Carolina Attorney General; JOSHUA KOGER, JR., in his individual capacity; WILLIAM A. HODGE, in his individual capacity; CLIFTON B. NEWMAN, in his individual capacity; R. KNOX MCMAHON, in his individual capacity; ROBERT M. MADSEN, in his individual and official capacity as South Carolina, Eleventh Circuit Public Defender; JASON SCOTT CHEHOSKI, in his individual and official capacity as South Carolina, Assistant Eleventh Circuit Public Defender; JOCELYN NEWMAN, in her individual capacity; LORI L. PELZER, a/k/a Lori L. Washington, in her individual capacity; JOSEPH M. STRICKLAND, in his individual capacity; JAMES R. BARBER, III, in his individual capacity; ALISON RENEE LEE, in her individual capacity; DEANDREA G. BENJAMIN, in her individual capacity; WALTER SHAWN MCDANIEL, in his individual capacity as Deputy Sheriff of Richland County, State of South Carolina; ASHLEY A. MCMAHAN, in her individual and official capacity as South Carolina Assistant Attorney General; JEANETTE W. MCBRIDE, in her individual and official capacity as Clerk of the South Carolina, Fifth Circuit Court; JOSEPH BASS, in his individual and official capacity as Deputy Sheriff of Richland County, State of South Carolina; ANDREW CALDWELL, in his individual and official capacity as Deputy Sheriff of Richland County, State of South Carolina; NICOLE T. WETHERTON, in her individual and official capacity as South Carolina Assistant Attorney General; MEAGAN B. BURCHSTEAD, in her individual and official capacity as South Carolina Assistant Attorney General; KINLI B. ABEE, in her individual and official capacity as South Carolina Assistant Attorney General,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Cameron McGowan Currie, Senior District Judge.  (3:21-cv-02740-CMC)

———————————————

Submitted:  September 22, 2022                    Decided:  September 26, 2022

———————————————

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Glen K. LaConey, Appellant Pro Se.

———————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glen K. LaConey appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice LaConey's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *LaConey v. Lott*, No. 3:21-cv-02740-CMC (D.S.C. Mar. 31, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*